BEFORE THE THIRD DIVISION, APRIL 6, 1964

No. 68416.—Carson M. Simon & Co. v. United States, protests 60/7321, etc. (Philadelphia).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of artificial teeth similar in all material respects to those the subject of *Maher-App & Company* v. *United States* (44 CCPA 22, C.A.D. 630), the claim of the plaintiffs was sustained, except as to entry 6439, covered by protest 61/9103, which was abandoned.